Rev - 09/12

# ORDER TO SURRENDER

## UNITED STATES DISTRICT COURT
## for the
## Middle District of Louisiana

**UNITED STATES OF AMERICA**

vs.     Docket No.:   23-84-BAJ-RLB

**Joshua Lamb**

It is hereby ordered that Joshua Lamb, the defendant, having been sentenced in the above case to the custody of the Attorney General, is hereby ordered to surrender to the Attorney General by reporting to the designated facility of the U. S. Bureau of Prisons before 2:00 p.m. on July 1, 2024.

_____     May 28, 2024
Brian A. Jackson            Date
U.S. District Judge

**Acknowledgment:**

I agree to report as directed in this order and understand that if I fail to do so I may be prosecuted for failing to appear, pursuant to 18 U.S.C. §3146, and be punished by imprisonment and fine.

_____    _____
Attorney/Witness              Defendant